IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRIC OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC Credit Corporation, an Illinois corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON BROADCASTING, INC., a Michigan corporation, JOHNSON BROADCASTING OF DALLAS, INC., a Texas corporation, DOUGLAS R. JOHNSON, individually AND MELANIE JOHNSON, individually,<br><br>　　　　　　　　　　Defendant | FILED: JULY 3, 2008<br>08CV3822<br>Case No. JUDGE MANNING<br>MAGISTRATE JUDGE COLE<br>AEE |

**F.R.C.P. Rule 7.1 Disclosure Statement**

The undersigned, counsel of record for IFC Credit Corporation furnishes the following list in compliance with F.R.C.P. 7.1:

1. IFC Credit Corporation does not have a parent corporation.

2. No publicly held company owns 10 percent or more of IFC Credit Corporation's stock.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　IFC Credit Corporation

Dated: July 3, 2008　　　　　　　　by: /s/ Beth Anne Alcantar
　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Beth Anne Alcantar, IARDC No. 06226582
Attorneys for Plaintiff,
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700