# United States District Court for the Northern District of Illinois

Case Number: 08CV3822          Assigned/Issued By: DAJ

Judge Name: MANNING            Designated Magistrate Judge: COLE

## FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2909813

Date Payment Rec'd: 07/03/08       Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
    (Type of Writ)

__4__ Original and __0__ copies on __07/03/08__ as to __DEF'S._____
                                        (Date)