UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IFC Credit Corporation, *et al,*

Case#: **08CV3822**

v.

Johnson Broadcasting, Inc., *et al,*

### AFFIDAVIT OF SERVICE

Being duly sworn on my oath, I *GINA SHARBOWSKI* declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. I received this process on 7-10-08, and that I personally served the following: SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT; EXHIBITS A thru I in regards the above case, upon:

## *JOHNSON BROADCASTING, INC.*

( *c/o: Richard A. Edwards, C.P.A.@ Edwards, Ellis, Stanley, Koshiw, Armstrong, Bowren & Company, P.C - Certified Public Accountants* ) as follows:

Sex: **M**   Age: **55-60**   Race: **W**

( Please note that the Defendant Company does not physically have an office at the address listed, however they are an active corporation and have been listing it for the past several years with the MI Corporation Bureau (print-out attached). Mr. Edwards, at the CPA firm would not confirm if they were a client or not. He indicated that he was the person most familiar with the Def. Company, but was uncooperative and would not elaborate on anything else, and at one point asked if the cell phone I was holding in my hand, was a tape recorder)

*Complete Address of Service*

**2155 Butterfield Rd, Ste. 305A**

**Troy, Michigan 48084**

I declare under the penalty of perjury
that the information contained in this
Affidavit of Service is true and correct.

*Day, Date, Time*

Tues. JUL 1 5 2008 @ 12:34pm

*[signature]*

Gina Sharbowski
Process Server
42309 Bobjean Street, #1500
Sterling Heights, MI 48314

Subscribed and sworn to before me, a Notary Public, on JUL 1 7 2008

*[signature]*
MELVA PHIPPS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Mar 25, 2013
ACTING IN COUNTY OF Oakland