IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation ) ) ) Plaintiff, ) ) v. ) ) JOHNSON BROADCASTING, INC., a Michigan corporation, JOHNSON BROADCASTING OF DALLAS, INC., a Texas corporation, DOUGLAS R. JOHNSON, individually, and MELANIE JOHNSON, individually, ) ) ) ) ) ) ) ) Defendants. ) | Case No. 08 CV 3822<br><br>Judge: Manning<br><br>Magistrate Judge: Cole |

## MOTION FOR DEFAULT AND DEFAULT JUDGMENT AND OTHER RELIEF

NOW COMES Plaintiff, by and through Beth Anne Alcantar, one of its attorneys, and pursuant to Federal Rule of Civil Procedure 55(b)(2) moves this court to enter a default judgment for the relief sought in the complaint against Defendant, Johnson Broadcasting, Inc..

1) In support thereof, Plaintiff states that Defendant has been served as required by law, and states that the Complaint has been and is verified.

2) Defendant failed to file an Appearance.

3) Defendant failed to file an Answer to the Complaint within 20 days of service, as required by Federal Rule of Civil Procedure Rule 12(a)(1)(A).

Wherefore, Plaintiff prays that Defendant be ordered to be in default, and that a default judgment be entered in favor of Plaintiff and against Defendant.

Respectfully submitted,

/s/ Beth Anne Alcantar

BETH ANNE ALCANTAR, ARDC #06226582
Attorney for Plaintiff
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700