IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation, ) ) ) | |
| Plaintiff, ) | Case No. 08 CV 3822 |
| v. ) ) | Judge: Manning |
| JOHNSON BROADCASTING, INC., a Michigan corporation, JOHNSON BROADCASTING OF DALLAS, INC., a Texas corporation, DOUGLAS R. JOHNSON, individually, and MELANIE JOHNSON, individually, ) ) ) ) ) ) ) | Magistrate Judge: Cole |
| Defendants. ) | |

## NOTICE OF MOTION

To Johnson Broadcasting, Inc.:

Please take notice that on September 4, 2008 at 11:00 am, or as soon there after as counsel may be heard, we shall appear before the Honorable Blanche M. Manning or any judge sitting in her stead in Courtroom 2125 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois and present **Motion for Default and Default Judgment and Other Relief**, a copy of which is hereby served on you.

Date: August 19, 2008                                   IFC CREDIT CORPORATION


                                                        /s/ Beth Anne Alcantar


Beth Anne Alcantar, ILARDC #06226582
Attorney for Plaintiff, IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 19, 2008, she caused a copy of Motion for Default and Default Judgment and Other Relief to be served on the below named addressees by depositing the same in the United States Mail, proper postage pre-paid, on or before the hour of 5:00 pm on the aforesaid date:

Johnson Broadcasting, Inc.
2155 Butterfield Rd., Suite 305A
Troy, MI 48084

/s/ Beth Anne Alcantar