UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

IFC Credit Corporation
                        Plaintiff,

v.                                           Case No.: 1:08−cv−03822
                                           Honorable Blanche M. Manning

Johnson Broadcasting, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing held on 8/14/2008. Plaintiffs' order for entry of judgment must be accompanied by a motion for judgment. Plaintiffs' counsel is directed to file a motion as stated in open court. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.