IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation, | § § § | |
| Plaintiff, | § § | Case No. 08 CV 3822 |
| v. | § § | Judge: Manning |
| JOHNSON BROADCASTING, INC., a Michigan corporation, JOHNSON BROADCASTING OF DALLAS, INC., a Texas corporation, DOUGLAS R. JOHNSON, individually, and MELANIE JOHNSON, individually, | § § § § § § § § | Magistrate Judge: Cole |
| Defendants. | § § | |

## NOTICE OF MOTION

TO   Plaintiff, IFC Credit Corporation, by and through its counsel of record, Beth Anne Alcantar, 8700 Waukegan Road, Suite 100, Morton Grove, Illinois 60053:

**PLEASE TAKE NOTICE** that on September 4, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning or any judge sitting in her stead in Courtroom 2125 in the United States District Court, 219 South Dearborn Street, Chicago, Illinoi and present **Agreed Motion for Enlargement of Time to Respond to Plaintiff's Verified Complaint**, a copy of which is hereby served on you.

HOU:2835561.1

|  |  |
|---|---|
| Dated: August 26, 2008 | ANDREWS KURTH LLP |

                        By:   /s/ Joe C. Holzer
                                 Joe C. Holzer
                                 Federal Bar ID No. 09933800
                                 600 Travis, Suite 4200
                                 Houston, Texas 77002
                                 Telephone:  713-220-4172
                                 Facsimile:  713-238-7278
                                 Email:  jholzer@akllp.com

*Attorneys for Defendants Johnson Broadcasting, Inc., Johnson Broadcasting of Dallas, Inc., and Douglas R. Johnson*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Agreed Motion for Enlargement of Time to Respond to Plaintiff's Verified Complaint was served on the following counsel of record on August 26, 2008 by United States mail, postage prepaid, and by facsimile to 847-663-6741, on or before the hour of 5:00 pm:

Beth Anne Alcantar
Senior Litigation Associate Attorney
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, Illinois 60053
**Attorney for Plaintiff**

                                                              /s/ Joe C. Holzer